COLLEEN A. DÉZIEL (Bar No. 164282)
    cad@amclaw.com
GEORGE G. ROMAIN (Bar No. 141743)
    ggr@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard
Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant Arrowhead Credit Union

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| George C. Chatman,<br><br>     Plaintiff,<br><br>vs.<br><br>Arrowhead Credit Union,<br><br>     Defendant. | Case No. 5:19-cv-02173-JGB-KKx<br><br>**JUDGMENT IN FAVOR OF ARROWHEAD CREDIT UNION AND AGAINST GEORGE C. CHATMAN**<br><br>Assigned to Hon. Judge Jesus G. Bernal<br><br>Complaint Filed: November 12, 2019 |

Defendant Arrowhead Credit Union filed its Motion to Dismiss the plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5) and 12 (b)(6) along with reply papers (Dkt. Nos. 9, 12 and 19), which was opposed by the plaintiff (Dkt. Nos. 15 and 16). The Court having reviewed all papers in support of and in opposition to Defendant Arrowhead Credit Union's Motion to Dismiss in Chambers on January 24, 2020 determined the motion appropriate for resolution without a hearing.

After consideration of the moving and responding parties' Memoranda of Points and Authorities, the Court granted the Motion in its entirety and ordered the case Dismissed with Prejudice. Therefore, and for the reasons set forth in this Court's order granting the Motion:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment be, and hereby is, granted to Defendant Arrowhead Credit Union against plaintiff George C. Chatman on all causes of action alleged in the plaintiff's Complaint and that plaintiff George C. Chatman take

nothing by way of his complaint against Arrowhead Credit Union; and

2. **IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that, as the prevailing party in this action, defendant Arrowhead Credit Union shall recover from plaintiff George C. Chatman its costs of suit in accordance with Rule 3.1700 of the California Rules of Court, in an amount to be determined upon submission of a Memorandum of Costs by defendant Arrowhead Credit Union and entered by the Court.

DATED: February 3, 2020

JESUS G. BERNAL
United States District Court Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594